RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2025 FEB 13 PM 3:19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUIS FIGUEROA-RIVERA,<br>Defendant. | INDICTMENT<br><br>CRIMINAL NO. 25-076 (GMM)<br><br>VIOLATIONS:<br><br>21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 924(c)(1)(A)(i)<br>18 U.S.C. § 924(c)(1)(B)(ii)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(o)<br><br>SEVEN COUNTS |

THE GRAND JURY CHARGES:

## COUNT ONE
Possession with Intent to Distribute Controlled Substances: Heroin
(21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

On or about February 6, 2025, in the District of Puerto Rico and within the jurisdiction of this Court,

LUIS FIGUEROA-RIVERA,

the defendant herein, did knowingly and intentionally possess with intent to distribute detectable amounts of heroin, a Schedule I controlled substance. All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

INDICTMENT
United States v. Luis Figueroa-Rivera
Page 2

## COUNT TWO

Possession with Intent to Distribute Controlled Substances: Cocaine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

On or about February 6, 2025, in the District of Puerto Rico and within the jurisdiction of this Court,

LUIS FIGUEROA-RIVERA,

the defendant herein, did knowingly and intentionally possess with intent to distribute detectable amounts of cocaine, a Schedule II controlled substance. All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## COUNT THREE

Possession with Intent to Distribute Controlled Substances: Crack Cocaine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

On or about February 6, 2025, in the District of Puerto Rico and within the jurisdiction of this Court,

LUIS FIGUEROA-RIVERA,

the defendant herein, did knowingly and intentionally possess with intent to distribute detectable amounts of crack cocaine, a Schedule II controlled substance. All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## COUNT FOUR
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(18 U.S.C. § 924(c)(1)(A)(i))

On or about February 6, 2025, in the District of Puerto Rico and within the jurisdiction of this Court,

LUIS FIGUEROA-RIVERA,

the defendant herein, did knowingly and unlawfully possess a firearm, that is, one black Glock pistol, model 23, .40 caliber, bearing serial number PBA474, in furtherance of a drug trafficking crime as charged in Counts One, Two and Three of this Indictment. All in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT FIVE
Possession of a Machinegun in Furtherance of a Drug Trafficking Crime
(18 U.S.C. § 924(c)(1)(B)(ii))

On or about February 6, 2025, in the District of Puerto Rico and within the jurisdiction of this Court,

LUIS FIGUEROA-RIVERA,

the defendant herein, did knowingly and unlawfully possess a machinegun, that is, one black Glock pistol, model 23, .40 caliber, bearing serial number PBA474, in furtherance of a drug trafficking crime as charged in Counts One, Two and Three of this Indictment. All in violation of 18 U.S.C. § 924(c)(1)(B)(ii).

INDICTMENT
United States v. Luis Figueroa-Rivera
Page 4

## COUNT SIX
Prohibited Person in Possession of a Firearm and Ammunition: Felon
(18 U.S.C. § 922(g)(1))

On or about February 6, 2025, in the District of Puerto Rico and within the jurisdiction of this Court,

LUIS FIGUEROA-RIVERA,

the defendant herein, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, that is, one black Glock pistol, Model 23, .40 caliber, bearing serial number PBA474 and 18 rounds of .40 caliber ammunition. All in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## COUNT SEVEN
Possession of a Machinegun
(18 U.S.C. § 922(o))

On or about February 6, 2025, in the District of Puerto Rico and within the jurisdiction of this Court,

LUIS FIGUEROA-RIVERA,

the defendant herein, did knowingly possess a firearm modified to shoot more than one round of ammunition, without manual reloading, by a single function of the trigger, that is, one black Glock pistol, Model 23, .40 caliber, bearing serial number PBA474. All in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

INDICTMENT
United States v. Luis Figueroa-Rivera
Page 5

## FIREARMS AND AMMUNITION FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Upon conviction of the offenses set forth in Counts Four, Five, Six, and Seven of this Indictment,

LUIS FIGUEROA-RIVERA,

the defendant herein, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to: one black Glock pistol, model 23, .40 caliber, bearing serial number PBA474, 18 rounds of .40 caliber ammunition, and five Glock magazines.

## NARCOTICS FORFEITURE ALLEGATION

The allegations contained in Counts One, Two, and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of the offenses in violation of 21 U.S.C. § 841(a)(1), set forth in Counts One, Two, and Three of this Indictment, the defendant, LUIS FIGUEROA-RIVERA, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

INDICTMENT
United States v. Luis Figueroa-Rivera
Page 6

substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

TRUE BILL

W. STEPHEN MULDROW
United States Attorney

_____
Jeanette M. Collazo-Ortiz
Assistant U.S. Attorney
Deputy Chief, Violent Crimes Unit

_____
Julian N. Radzinschi
Assistant U.S. Attorney